# United States Court of Appeals
### For the Eighth Circuit

_____

No. 25-2086

_____

United States of America

*Plaintiff - Appellee*

v.

Macy Renee Patterson

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Arkansas - Fayetteville

_____

Submitted: April 21, 2026
Filed: April 27, 2026
[Unpublished]

_____

Before LOKEN, SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

Macy Patterson appeals the sentence the district court[1] imposed following the revocation of her supervised release. On appeal, she challenges the above Guidelines range 18-month prison term as substantively unreasonable.

Upon careful review, we conclude that the sentence is not substantively unreasonable, as the record reflects that the district court adequately considered the relevant sentencing factors and did not give significant weight to an improper factor or commit a clear error of judgment in weighing factors. See United States v. Larison, 432 F.3d 921, 923-24 (8th Cir. 2006). The district court did not abuse its discretion in weighing some relevant factors more heavily than others, see United States v. Maluoth, 121 F.4th 1158, 1165 (8th Cir. 2024); or act beyond its purview in varying upward primarily due to Patterson's poor performance on supervised release, see United States v. Michels, 49 F.4th 1146, 1148-49 (8th Cir. 2022).

Accordingly, we affirm the judgment of the district court.

_____

_____

[1]The Honorable Timothy L. Brooks, Chief Judge, United States District Court for the Western District of Arkansas.